IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15cv291

| | | |
|---|---|---|
| **MARTIN MAY,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **RHA HELATH SERVICES, INC.,** | ) | |
| | ) | |
|     **Defendant.** | ) | |
| _____ | ) | |

Pending before the Court is the Motion Requesting from the EEOC or RHA Release of Scott Melton's Personnel File [# 11]. Plaintiff brought this action against Defendant pursuant to Title VII of the Civil Rights Act of 1964. Plaintiff now seeks an order from this Court directing that either the Equal Employment Opportunity Commission ("EEOC") or Defendant release the personnel file of Scott Melton, Plaintiff's former supervisor. In addition, Defendant has moved to dismiss the Complaint. This Motion to Dismiss is currently pending before the Court.

Discovery in this case has not begun, and the Court has not entered a pretrial order. If the District Court denies the Motion to Dismiss and this case moves into the discovery phase, Plaintiff may at that time send a discovery request pursuant to

the Federal Rules of Civil Procedure to Defendant seeking documents to support her claim. Plaintiff's current motion, however, seeking an order of this Court directing Defendant or the EEOC to produce various documents is improper. Accordingly, the Court **DENIES** the motion [# 11].

Signed: March 11, 2016

Dennis L. Howell
United States Magistrate Judge