# United States District Court
# Western District of North Carolina
# Division

| MARTIN MAY, | ) | JUDGMENT IN CASE |
| --- | --- | --- |
| Plaintiff, | ) | 1:15-cv-00291 |
| vs. | ) | |
| RHA HEALTH SERVICES, INC., | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 26, 2016 Order.

July 26, 2016

_____
Frank G. Johns, Clerk
United States District Court